SEND

FILED
CLERK, U S DISTRICT COURT

OCT - 1 2002

CENTRAL DISTRICT OF CALIF.
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br>v.<br>JOHN B JONES aka JOHN BERNARD JONES aka J BERNARD JONES<br><br><br><br>Defendant(s). | CASE NUMBER<br><br>ACV 01-1667<br><br><br>NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT |
|---|---|

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of John B Jones, et al for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☒ **No proof of service/waiver of service on file**
- ☐ The name of the person served does not exactly match the complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ☐ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☒ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against John B Jones, et al for the following reason(s)

- ☒ **No Entry of Default on file**
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55.4
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☒ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

ENTERED ON ICMS

OCT - 1 2002

CLERK OF COURT

By _SHARON HALL-BROWN_ Deputy Clerk

CV-52(b) (1/02)   NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT