FILED
CLERK, U.S. DISTRICT COURT
FEB 24 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | CV-01-1667 |
| JOHN B. JONES | |
| | NOTICE OF INTENT TO DISMISS RECOVERY CASE FOR LACK OF PROSECUTION |
| DEFENDANT(S). | |

The above entitled case was filed by your office on ___2/21/03___. Pursuant to Federal Rule of Civil Procedures 4(m), service shall be made within 120 days after the filing of the complaint.

This case will be dismissed for lack of prosecution on ___4/25/03___ unless the following document(s) are filed with this office on or before ___4/22/03___:

- ☐ Proof of Service of the Summons and Complaint
- ☒ Application for Entry of Default; and
- ☒ Application for Default Judgment with Proposed Judgment; or
- ☒ Consent Judgment; or
- ☒ Notice of Dismissal

SHERRI R. CARTER
Clerk, U. S. District Court

2/24/03
Date

By YVETTE LOUIS
Deputy Clerk

ENTERED ON ICMS
FEB 24 2003

NOTICE OF INTENT TO DISMISS RECOVERY CASE FOR LACK OF PROSECUTION
CV-97 (04/01)