JAMES J. WALDORF (BAR NO. 38297)
KATHRYN E. VAN HOUTEN (BAR NO. 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. BROADWAY, STE. 900
GLENDALE, CA 91210
Telephone: 818-242-6859
Facsimile: 818-240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 01-01667 |
| Plaintiff, | DISMISSAL |
| v. | (Pursuant to Rule 41(a)(1), Federal Rules of Civ. Proc.) |
| JOHN B JONES, AKA JOHN BERNARD JONES, AKA J. BERNARD JONES, | |
| Defendant. | |

The plaintiff, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedures, dismisses the above-entitled action without prejudice.

DATED: April 28, 2003

IRSFELD, IRSFELD & YOUNGER LLP

JAMES J. WALDORF
Attorneys for Plaintiff

✓ Docketed
___ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
(DISMISSAL) ___ CLSD

ENTERED ON ICMS
MAY 5 2003

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of Irsfeld, Irsfeld & Younger LLP. My business address is 100 W. Broadway, Suite 900, Glendale, California 91210.

On April 28, 2003 I served the forgoing document described as:

### DISMISSAL

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: April 28, 2003   Place of mailing: Glendale, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

JOHN B JONES, 464 PROSEPECT PL #2F , BROOKLYN, NY, 11238-4141.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 28, 2003 at Glendale, California.

*Hasmik Basmadzhyan*
Hasmik Basmadzhyan